**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                        NO.      4:15CR00305-02 JLH

XAVIER BRIGHT                                                                  DEFENDANT

## <u>ORDER</u>

Defendant Xavier Bright appeared in person with his attorney, John Wesley Hall, Jr., for a change of plea hearing on this date.  The government was represented by Assistant United States Attorney Julie Peters.  Following acceptance of the guilty plea to Count 1 of the Indictment, defendant moved for a temporary release from custody to visit his father.  The request was granted.

IT IS THEREFORE ORDERED that the defendant is immediately released from the custody of the United States Marshal to the custody of his mother, Wilma Bright. The defendant must self-report  back to the Pulaski County Detention Facility by 6:00 p.m., this evening.  Failure to self-report will result in the issuance of an arrest warrant.

IT IS SO ORDERED this 20th day of April, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE